UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

**ISAAC CHEATHAM, JR.**

**VERSUS**

**CBM FOOD SERVICES CORPORATION**

**XYZ INSURANCE COMPANY**

## COMPLAINT

**NOW INTO COURT**, through the undersigned counsel comes petitioner, Isaac Cheatham, Jr., a person of the full age of majority and resident of the Parish of Jefferson, State of Louisiana, who respectfully represents the following:

Made defendant herein is CBM Food Services Corporation (hereafter referred to as CBM), a South Dakota business licensed to do and doing business in the State of Louisiana, Parish of Jefferson.

## BASIS FOR JURISDICTION AND ACTION

1.

Plaintiff brings this cause of action under 28 U.S.C. Section 1332, pure diversity. Jurisdiction in this Court is based upon pure diversity, plaintiff is domiciled in the State of Louisiana and defendant is domiciled in the State of South Dakota. Plaintiff has damages that will exceed $100,000.00 as required for jurisdiction ( see paragraph VIII below). Jurisdiction is appropriate in this Court.

2.

Made Defendants herein are CBM Food Services Corporation (hereinafter referred to as CBM), a South Dakota corporation licensed to do and doing business in the State of Louisiana,

and XYZ, Insurance Company, (whose true identity will be inserted when made known) an insurance company licensed to do and doing business in the State of Louisiana, who are liable unto your Petitioner, jointly, severally and in solido for damages suffered in a reasonable amount to be commensurable with the evidence shown at the trial of this matter, including all costs and interest from date of judicial demand until paid, for the following reasons to-wit:

3.

On or about October 14, 2009, Petitioner, Isaac Cheatham, Jr. was employed by Defendant, CBM Food Services Corporation. CBM Food Services Corporation was under contract to perform food services for the Jefferson Parish Jail at all times pertinent.

4.

Petitioner was a supervisor/employer for defendant CBM serving food to the Jefferson Parish Jail.

5.

The defendant CBM thereon issued a computerized payroll check in June 2009, which was mailed to petitioner at his normal rate and appropriate salary. Petitioner cashed his payroll check as was customary

6.

The defendant thereon determined that it had made a mistake by issuing petitioner the incorrect amount of checks for the month.

7.

The defendant thereon negligently had the police arrest and jail petitioner for theft including a newspaper article about petitioner's alleged theft.

8.

At all times pertinent the defendant, CBM was insured by defendant, XYZ Insurance Company, defendant herein. In this premise, XYZ Insurance Company is sued herein pursuant to the Louisiana Direct Action Statute

9.

Petitioner avers that defendant, CBM was negligent and the sole and approximate cause of his injuries suffered by petitioner not limited to the following acts of negligence:

    A.    Failing to notify petitioner to not cash the check

    B.    Failing to notify petitioner that the defendant made a mistake by issuing checks incorrectly

    C.    Failing to know what defendant should know

    D.    Sending multiple payroll checks to petitioner

    E.    Negligently notifying the police Department that Petitioner committed theft

    F.    Failing to act reasonably under the circumstances

    G.    Pursuing charges against Petitioner for something petitioner did not do

    H.    Other acts of negligence that will be shown at the time of trial.

10.

As a result of the actions, inactions, negligence, conspiracy and torts, Petitioner suffered the following but not limited to damages:

    a.    Mental pain and anguish, past, present, and future;

    b.    Physical pain and suffering, past, present, and future;

    c.    Loss of earnings, past, present, and future;

    d.    Medical expenses, past, present, and future;

    e.       Living expenses and travel expenses

    f.        Loss of Reputation

    g.       Public Embarrassment

    h.       Other damages to be shown at time of trial

WHEREFORE, Petitioner, Isaac Cheatham, Jr., prays that Defendants be served with a copy of the foregoing and be cited to appear and answer same, and that after all legal delays and proceedings had, there be judgment herein in favor of your Petitioner and against Defendants, CBM Food Services Corporation and XYZ, Insurance Company (whose true name will be inserted when it become known), jointly, severally and in solido in an amount to be determined by the evidence plus interest from the date of judicial demand until paid, for all costs of these proceedings and any other general and equitable relief that this court may deem appropriate under the circumstances.

RESPECTFULLY SUBMITTED,
SHIELDS AND SHIELDS, APLC

S/James E. Shields, Jr.

JAMES E. SHIELDS, JR. (LA. BAR # 24879)
30 New England Court
Gretna, LA 70053
(504) 368-2404